UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KING COUNTY, a Washington Municipal Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LEXINGTON INSURANCE COMPANY; ALLIED WORLD ASSURANCE COMPANY, (U.S.) INC.; and CH2M HILL, INC.,<br><br>Defendants. | No. 2:15-cv-616<br><br>CORPORATE DISCLOSURE STATEMENT |

Pursuant to Rule 7.1 of the Federal rules of Civil Procedure, defendant Allied World Assurance Company (U.S.) Inc., informs the Court that it is wholly owned by Allied World Insurance Company, a member of the Allied World group of companies. Allied World Assurance Company Holdings, AG, is a Swiss holding corporation, that wholly owns the Allied World group of companies, and is a publicly traded company.

CORPORATE DISCLOSURE STATEMENT – PAGE 1
CAUSE NO.

1345520 / 1221.0042

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

1  DATED this 24th day of April, 2015.

2                                                    FORSBERG & UMLAUF, P.S.

4                              By: */s/ Susan K. McIntosh*
                                Terrence J. Cullen, WSBA #12554
5                                  E-Mail: tcullen@forsberg-umlauf.com
                                Susan K. McIntosh, WSBA #26138
6                                  E-Mail: smcintosh@forsberg-umlauf.com
                                Attorneys for Defendant Allied World
7                                  Assurance Company (U.S.) Inc.

CORPORATE DISCLOSURE STATEMENT – PAGE 2
CAUSE NO.

1345520 / 1221.0042

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

## CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing CORPORATE DISCLOSURE STATEMENT on the following individuals in the manner indicated:

| | |
|---|---|
| Mary DeVuono Englund<br>Roger Davidheiser<br>Sr. Deputy Prosecuting Attorney<br>Office of the Prosecuting Attorney<br>500 4th Ave., Ste. 900<br>Seattle, WA  98104<br>Facsimile: 206-296-0191<br>(X) Via ECF | Michelle Epstein<br>David Hatem<br>Donovan Hatem<br>53 State St., 8th Floor<br>Boston, MA  02109<br>Facsimile: 617-406-4501<br>(X) Via U.S. Mail<br>(X) Via Electronic Mail |

Mr. James P. Wagner
Ana-Maria Popp
Cairncross & Hempelmann, P.S.
524 Second Ave., Suite 500
Seattle, WA  98104
Facsimile: 206-254-4569
(X) Via ECF

**SIGNED** this 24th day of April, 2015, at Seattle, Washington.

_Elizabeth S. Sado_
Elizabeth S. Sado

CORPORATE DISCLOSURE STATEMENT – PAGE 3
CAUSE NO.

1345520 / 1221.0042

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164-1039
(206) 689-8500 • (206) 689-8501 FAX